**DISMISS; Opinion Filed July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01648-CV

**MELENISA BROWN, Appellant**
**V.**
**FLAGSHIP CARWASH & LUBE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01633-D**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

The clerk's record in this case is past due. By letter dated June 17, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

131648F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MELENISA BROWN, Appellant

No. 05-13-01648-CV          V.

FLAGSHIP CARWASH & LUBE, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-13-01633-D.
Opinion delivered by Justice Lang.   Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FLAGSHIP CARWASH & LUBE recover its costs of this appeal from appellant MELENISA BROWN.

Judgment entered this 8th day of July, 2014.